was waived on the appeal to this court and, on the further ground, that no merit has been shown in support of this motion. All concur. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See 277 App. Div. 945, 962.]

■

CAROLINE S. HENDERSON, Appellant-Respondent, v. LINCOLN ROCHESTER TRUST COMPANY, Respondent-Appellant.— Motions for leave to appeal to the Court of Appeals granted and question for review certified. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See 277 App. Div. 1093.]

## FIRST DEPARTMENT, FEBRUARY, 1951.
### (February 6, 1951.)

■

MANUFACTURERS TRUST COMPANY, Plaintiff, v. FORDOM TRADING CORP., Respondent, and AMELIE BERGERE, Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Callahan, J., dissents and votes to reverse and deny the motion for summary judgment in the following memorandum: I dissent on the ground that this action remains one in interpleader or a dispute over a fund and is not a proper case for summary judgment under rule 113 of the Rules of Civil Practice.

■

JAMES JOHNSON, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 696.]

■

RHODA SAMI, Appellant, v. ALBERT SAMI, Respondent.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 697.]

■

VICTOR FERRANTELLE, Appellant, v. BERGDORF & GOODMAN COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Judgment and order dismissed complaint.] [See *post*, p. 755.]

■

VICTOR FERRANTELLE, Appellant, v. BERGDORF & GOODMAN COMPANY, Respondent.— Appeal unanimously dismissed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order denied temporary injunction.]

■

BRUNO J. LOMBARDO, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendants. CITY OF NEW YORK, Third-Party Plaintiff, v. TERMINAL STEVEDORING CO., INC., Third-Party Defendant.—Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict of the jury was contrary to the weight of the credible evidence. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.